UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:11-cr-476-T-30TBM

ROBERT EDWARDS

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a forfeiture money judgment (Doc. 21) in the amount of $4,751,881.63, which, upon entry, shall become final as to defendant Robert Edwards.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $4,751,881.63 in proceeds from the conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, for which the defendant pled guilty. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 21) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Robert Edwards shall be held jointly and severally liable with any subsequently convicted co-conspirator for a forfeiture money judgment in the amount of $4,751,881.63.

The Court retains jurisdiction to entertain any third party claim that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-476.forfeit 21.wpd